UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>RXO, INC.; RXO LAST MILE, INC.; RXO CORPORATE SOLUTIONS, LLC; RXO FREIGHT FORWARDING, INC.; RXO MANAGED TRANSPORT, LLC; and DOES 1-20,<br><br>Defendants. | C23-1760 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Honorable Thomas S. Zilly transfers the above captioned case as related to C23-1723-BJR, C23-1757-BJR, and C23-1793-BJR to the Honorable Barbara J. Rothstein. All future filings shall bear the case number C23-1760-BJR.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1