HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SHANNON SPENCER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

RXO, INC., a foreign profit corporation; RXO LAST MILE, INC., a foreign profit corporation; RXO CORPORATE SOLUTIONS, LLC, a foreign limited liability company; RXO FREIGHT FORWARDING, INC., a foreign profit corporation; RXO MANAGED TRANSPORT, LLC, a foreign limited liability company; and DOES 1-20,

Defendants.

No. 2:23-CV-01760-BJR

**STIPULATED MOTION FOR EXTENSION OF TIME AND REQUEST TO STAY AND ORDER**

**STIPULATION**

Plaintiff, Shannon Spencer ("Plaintiff"), and Defendants, RXO, Inc., RXO Last Mile, Inc., RXO Corporate Solutions, LLC, RXO Freight Forwarding, Inc., and RXO Managed Transport, LLC (the "RXO Defendants") (collectively, the "Parties"), by and through their respective

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

undersigned counsel, respectfully submit this Stipulated Motion for Extension of Time and Request to Stay.

The Parties have agreed to extend the pending briefing schedule and deadlines in order to explore alternative resolution and potential settlement. As such, the Parties jointly request that the Court extend the current briefing schedule deadlines by 60 days as follows:

1. To re-note the RXO Defendants' Motion to Dismiss from February 23, 2024, to April 23, 2024.
2. For the RXO Defendants' deadline to submit a Reply in Support of the Motion to Dismiss from February 23, 2024, to April 23, 2024.

As a result of extending the briefing schedule, the Parties would also like to request a stay of discovery deadlines at this time. The Parties agree to submit a Joint Status Report within 60 days of entry of an Order granting the requested stay apprising the Court of the status of any resolution.

WHEREFORE, the Parties respectfully request that the Court grant this Stipulated Motion for Extension of Time and Request to Stay.

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

Respectfully submitted this 16th day of February, 2024.

K&L GATES LLP

By: *s/ Todd L. Nunn*
Todd L. Nunn, WSBA # 23267
David J. Garraux (*admitted pro hac vice*)
Cecilia R. Ehresman (*admitted pro hac vice*)
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: todd.nunn@klgates.com
*Attorney for Defendants*

EMERY REDDY PLLC

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 206-442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATED MOTION FOR EXTENSION OF TIME AND REQUEST TO STAY AND ORDER - 3

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**CERTIFICATE OF SERVICE**

I certify that on February 16, 2024, I caused the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>Emery Reddy PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: 206-442-9106<br>Email: emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com | ☐ Via U.S. 1st Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☐ Via Email<br>☑ E-Service |

DATED February 19, 2024, at Charleston, South Carolina.

By: *s/ Gwyn L. Martin*
Gwyn L. Martin, Senior Practice Assistant

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**ORDER**

Upon consideration of the Parties' Stipulated Motion for Extension of Time and Request to Stay, the Court finds that good cause exists to extend certain deadlines and stay all discovery deadlines, and it is hereby **ORDERED** that the Motion is **GRANTED**. The parties shall file a Joint Status Report within 60 days of entry of this Order.

It is **FURTHER ORDERED** that filing deadlines will be modified as follows.

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Re-note the RXO Defendants' Motion to Dismiss | February 23, 2024 | April 23, 2024 |
| The RXO Defendants' Reply in Support of Defendants' Motion to Dismiss | February 23, 2024 | April 23, 2024 |

DATED this 20th day of February 2024.

Barbara J Rothstein

HONORABLE BARBARA J. ROTHSTEIN

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022